UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| City of Boston Inspectional Services Department | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:18-cv-10143-RGS |
| James Dickey and East Fourth Street LLC | * * * | |
| Defendants. | * | |

ORDER OF REMAND

STEARNS, D.J.

Pursuant to the Court's Electronic Order [#19] granting plaintiff's Motion to Remand to State Court [#9], issued on March 27, 2018, this case is hereby remanded to the Boston Housing Court.

IT IS SO ORDERED.

March 27, 2018

By the court,

/s/ Arnold Pacho
Deputy Clerk