**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: City of Boston Inspectional Services Department v. Dickey et al

District Court Number: 18cv10143-RGS

Fee:   Paid?   Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No _X_        Sealed documents   Yes ____ No _X_
*If yes, document #* _____         *If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_    Transcripts   Yes ____ No _X_
*If yes, document #* _____         *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#19 Electronic Order, #20 Order of Remand

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#19, #20, and #23

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 23 filed on April 6, 2018.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 6, 2018.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**