UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITY OF BOSTON INSPECTIONAL SERVICES DEPARTMENT,<br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES S. DICKEY and<br>EAST FOURTH STREET, LLC<br>　　　　　Defendants. | CIVIL ACTION NO. 1:18-cv-10143-RGS |

## DEFENDANT JAMES DICKEY'S EMERGENCY MOTION FOR A STAY OF THE REMAND ORDER

Defendant James Dickey now requests that this Honorable Court enter a stay of the March 27, 2018 Order remanding the instant case to the Eastern Division of the Housing Court, in support of this motion the Defendant submits the enclosed memorandum of law.

**WHEREFORE**, defendant James Dickey respectfully request that this Court enters a stay of this Court's March 27, 2018 Order remanding the instant case to the Eastern Division of the Housing Court as an appeal has been filed in the instant case.

Respectfully submitted,
Pro se Defendant

*/s/ James Dickey*
James Dickey
8 NewBridge Road
Sudbury, MA 01776
978.443.2504
jim.south.boston@hotmail.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the counsel for the Plaintiff by hand on April 6, 2018.

*/s/ James Dickey*

Dated: April 6, 2018